**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**REBECCA L. KREIN**                                                                              **PLAINTIFF**

**V.**                                         **CASE NO. 5:25-CV-5199**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                         **DEFENDANT**

## <u>ORDER</u>

Currently before the Court is the Report and Recommendation (Doc. 19) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, dated July 10, 2026, regarding the Motion for Attorney's Fees (Doc. 15) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 15) is **GRANTED**, and the Plaintiff is awarded the sum of **$7,024.06**. This amount is composed of 23.08 hours of legal work during 2025 at the approved hourly rate of $252.00 and 4.7 hours during 2026 at the approved hourly rate of $257.00.

**IT IS SO ORDERED** on this 27th day of July, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE